UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )    CR F-06-171 AWI
                                 )
              Plaintiff,         )    NEW CASE NUMBER:
                                 )
     v.                          )    CR F-06-171 OWW
                                 )
ERASMO SILVA, et al.,            )
                                 )
                                 )    **ORDER REASSIGNING CASE**
              Defendant.         )
                                 )
_____)
```

      It appearing that this matter is related to case 1:06-162-OWW, <u>United States vs (SEALED)</u>;

      This matter is reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   May 7, 2006**                                          **/s/ Oliver W. Wanger**
emm0d6                                                           UNITED STATES DISTRICT JUDGE