UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR F-06-171 AWI |
| Plaintiff, | NEW CASE NUMBER: |
| v. | CR F-06-171 OWW |
| ERASMO SILVA, et al., | |
| Defendant. | **ORDER REASSIGNING CASE** |

It appearing that this matter is related to case 1:06-162-OWW, <u>United States vs (SEALED)</u>;

This matter is reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   May 7, 2006**                                **/s/ Oliver W. Wanger**
emm0d6                                                UNITED STATES DISTRICT JUDGE