```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
JOSE ASUNCION ROMO
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06 CR 171 OWW |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | MOTION HEARING & SENTENCING |
| JOSE ASUNCION ROMO, ) | |
| Defendant. ) | |

It is stipulated and agreed between the parties that the MOTION HEARING in the above matter currently set for September 4, 2007, be continued to September 24, 2007 at 9:00 a.m.

I hereby agree to the above stipulation.

Dated: August 30, 2007

```
                              s/J.M. Irigoyen

                              _____
                              by:J.M. Irigoyen
                              Attorney for Defendant
```

1

```
     I hereby consent to the above stipulation.
DATED: August 30, 2007
                                    s/ Laurel Montoya

                                    _____
                                    by: Laurel Montoya
                                    Assistant U.S. Attorney
```

ORDER CONTINUING HEARING DATE

    IT IS SO ORDERED.

**Dated:   August 30, 2007**                    **/s/ Oliver W. Wanger**
                                                                                UNITED STATES DISTRICT JUDGE