MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-00171 OWW |
| ) | |
| Plaintiff, ) | ORDER RE INTERLOCUTORY SALE OF 2006 BMC BOBBER 88 MOTORCYCLE VIN: 1B9HB28806B565050, PAPER TAGS, REGISTERED TO ERASMO SILVA |
| v. ) | |
| ERASMO SILVA, ) | Date: April 21, 2008 |
| ) | Time: 1:30 p.m. |
| ) | Courtroom #3 (7th Floor) |
| Defendant. ) | Honorable Oliver W. Wanger |

Plaintiff United States of America has moved this Court, pursuant to Title 21 U.S.C. § 853(e)(1) and 28 U.S.C. §§ 2001(b) and 2004, for an order directing the United States Marshals Service (USMS) to execute an interlocutory private judicial sale of the following property:

> a.  2006 BMC Bobber 88 Motorcycle VIN: 1B9HB28806B565050, Paper Tags, Registered to Erasmo Silva.

The United States' Motion for Interlocutory Sale of the motorcycle was served on Erasmo Silva. Lien holder Freedom Rider of Fresno joined in the motion. The motion came on regularly for hearing on April 21, 2008, Stephanie Hamilton Borchers appeared for

1

the Plaintiff; Richard Beshwate appeared for defendant Erasmo Silva who was present in custody. Defendant Silva stipulated to not oppose the motion.

Accordingly, the Court finds that:

1. The USMS is incurring storage and maintenance costs while holding the motorcycle subject to these proceedings and such costs have presently accumulated to over $1,000.00.

2. The property has diminished in value due to the passage of time and due to defendant Erasmo Silva's failure to keep the loan on the motorcycle current.

3. The USMS estimates the current retail value of the motorcycle to be approximately $10,000.00 or less.

4. The sale of the motorcycle, whether now or at the conclusion of the forfeiture proceedings (if successful), will involve additional transaction costs that will further reduce the equity value of the property.

**Good cause appearing therefore, IT IS HEREBY ORDERED:**

5. The United States' motion for interlocutory sale of the 2006 BMC Bobber 88 Motorcycle VIN: 1B9HB28806B565050, Paper Tags is granted.

6. The 2006 BMC Bobber 88 Motorcycle VIN: 1B9HB28806B565050 shall be sold by the United States in the most commercially feasible manner and consistent with the terms of this order:

   a. The USMS is authorized to retain a vendor who shall be paid the usual and customary commission and/or fees from the proceeds of the sale, or use any other commercially feasible method to sell the property.

///

      b.   Pursuant to this Court's authority under 28 U.S.C. § 2004, the USMS shall not be required to fulfill the requirements of 28 U.S.C. § 2001(b). Specifically, the requirements to obtain three appraisals, publish the sale price to solicit higher bids and to confirm the sale with the Court are waived due to the low asset value.

      c.   The USMS shall notify lien holder Freedom Rider of Fresno of the date, place and time of the sale of the motorcycle.

      d.   The USMS shall deduct its lawful costs and expenses relating to its custody, maintenance, and sale of the motorcycle from the sale proceeds and pay, from the proceeds, the principal and interest due on the lien held by Freedom Rider of Fresno. The remaining net proceeds of the sale, if any, shall be deposited in the DEPARTMENT OF JUSTICE SEIZED ASSET DEPOSIT FUND and shall be substituted as the property in this action.

      e.   The USMS shall retain custody of the motorcycle until it is sold pursuant to this Order.

IT IS SO ORDERED.

Date: April 22, 2008          /s/ OLIVER W. WANGER
                                   OLIVER W. WANGER
                                   United States District Court Judge