ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JOSE QUINTANILLA-SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE QUINTANILLA-SILVA,<br><br>    Defendant.<br>_____ | CASE NO. 06-00171<br><br>**STIPULATION TEMPORARILY MODIFYING CONDITIONS OF RELEASE** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the conditions of release of defendant Jose Quintanilla-Silva be modified as follows:  Defendant Jose Quintanilla-Silva is allowed to travel to Bakersfield, California on June 12, 2008 to attend a Jehovah's Witness conference in that city. Mr. Quintanilla-Silva is to return to Fresno no later than June 15, 2008.  Mr. Quintanilla-Silva will be temporarily removed from electronic monitoring while traveling to Bakersfield, attending the conference and during his return trip to Fresno.  Upon his return to his residence in Fresno on June 15, 2008, Mr. Quintanilla-Silva will be returned to the electronic monitoring program.

    All other terms and conditions of Mr. Quintanilla-Silva's pretrial release will remain in full force and effect.

    This temporary modification of the conditions of release are not opposed by Mr. Quintanilla-Silva's Pretrial Services officer.

1

DATED: June 3, 2008          /s/ Laurel Montoya
                             LAUREL MONTOYA
                             Assistant United States Attorney
                             **This was agreed to by Ms. Montoya via telephone on June 2, 2008**

DATED: June 3, 2008          /s/ Roger K. Litman
                             ROGER K. LITMAN
                             Attorney for Defendant
                             JOSE QUINTANILLA-SILVA

IT IS SO ORDERED.

**Dated:   June 3, 2008**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE